IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Criminal Action No. 20-37-UNA |
| LEVII DINO DELGADO, | ) ) |
| Defendant. | ) ) |

REDACTED

FILED

**INDICTMENT**

JUN 2 3 2020

The Grand Jury for the District of Delaware charges that:

U.S. DISTRICT COURT DISTRICT OF DELAWARE

**GENERAL ALLEGATIONS**

1. At all times material to this Indictment, Henrietta Johnson Medical Center (HJMC) was a Federally Qualified Health Center (FQHC) that had four medical centers in Wilmington, Delaware, which provided medical care to under-served communities.

2. HJMC contracted the services of Delaware Health Net (DHN), a 26 U.S.C. § 501(c)(3) non-profit organization, to assist with, among other things, Information Technology (IT) services.

3. DHN employed Diamond Technologies, a third-party IT firm located in Wilmington, Delaware, to provide IT services to its clients, including HJMC. Those services included but were not limited to: general IT support services, Cloud services, Microsoft Office 365 services, cyber security services, and disaster recovery and business continuity services.

4. The defendant, **LEVII DINO DELGADO ("DELGADO")**, was employed by HJMC as an IT administrator, providing on-site IT support services for HJMC's employees.

5. On or about August 10, 2017, HJMC terminated **DELGADO's** employment. Following his termination from HJMC, **DELGADO** was not authorized to access HJMC's computer network.

6. On or about August 10, 2017, Diamond Technologies disabled **DELGADO's** user account, which had allowed him to access HJMC's computer network, and removed his user account from HJMC's active directory. Diamond Technologies also disabled **DELGADO's** HJMC-issued Microsoft Office 365 email account.

7. On or about August 14, 2017, **DELGADO** connected his personal laptop to HJMC's computer network through HJMC's Virtual Private Network (VPN) by using a separate administrator account, which he continued to access following his termination from HJMC without HJMC's knowledge or consent.

8. On or about August 14, 2017, **DELGADO**, having gained unauthorized access to HJMC's computer network, deleted all HJMC employee user accounts, deleted HJMC's file server, and disabled all of HJMC's computer accounts. As a result, HJMC's employees were prevented from logging into their computers and accessing their electronic files, including patient files and other information necessary to managing and conducting HJMC's operations.

## COUNT ONE

9. The allegations set forth in paragraphs 1-8 of this Indictment are re-alleged and incorporated herein.

10. On or about August 14, 2017, in the District of Delaware, defendant,

### LEVII DINO DELGADO,

knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to the protected computers of

2

HJMC, and such conduct caused (i) loss to HJMC during a 1-year period from the defendant's course of conduct affecting HJMC's protected computers aggregating at least $5,000 in value; (ii) the modification, impairment, and potential modification and impairment of the medical examination, diagnosis, treatment and care of individuals; and (iii) damage affecting 10 or more protected computers during a 1-year period, all in violation of 18 U.S.C. §§ 1030(a)(5)(A) and 1030(c)(4)(B).

A TRUE BILL

_____
FOREPERSON

DAVID C. WEISS
UNITED STATES ATTORNEY

BY: _____
Jesse S. Wenger
Assistant United States Attorney

Dated: June 23, 2020