## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 20-37-LPS |
| | ) | |
| LEVII DINO DELGADO | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STATUS UPDATE

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Jesse S. Wenger, Assistant United States Attorney for the District of Delaware, to provide the following joint status update:

1.    The parties anticipate that this case will resolve through a negotiated plea agreement.   The parties require an additional twenty-one (21) days to finalize the specific terms of the plea agreement.

2.    The parties anticipate that they will submit a proposed plea agreement to the Court within the next twenty-one (21) days and, at that time, request a change of plea hearing.

3.    The parties propose setting a telephonic status conference at the Court's convenience the week of February 15, 2021.

4.    The parties further respectfully request that, based on the foregoing, the Court exclude the time from the date of the Court's Order until the date of the next telephonic status conference, under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.   The parties submit that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.   *See* 18 U.S.C. § 3161(h)(7)(A).

5.      A proposed order is attached.

Respectfully submitted,

DAVID C. WEISS
UNITED STATES ATTORNEY

_/s/ Jesse S. Wenger_

By:   Jesse S. Wenger
Assistant United States Attorney

Dated: January 25, 2021

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 20-37-LPS |
| | ) | |
| LEVII DINO DELGADO | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

**AND NOW,** this _____ day of _____ 2021, having considered the

Joint Status Update filed on January 25, 2021, **IT IS HEREBY ORDERED** that:

1.  The telephone conference currently scheduled for January 27, 2021, at 8:45 a.m. is

    continued to _____, at _____, with the government

    coordinating the call.

**IT IS FURTHER ORDERED** that the time between the date of this Order and

_____, 2021, shall be excluded under the Speedy Trial Act, because the ends of justice

served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  *See*

18 U.S.C. § 3161(h)(7)(A).


BY THE COURT:


_____

HONORABLE LEONARD P. STARK
CHIEF JUDGE